262 So.2d 786

**STATE of Louisiana ex rel. Albert WILLIAMS**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

No. 52533.

June 13, 1972.

BARHAM, J., concurs. The due process issue raised here was raised in the trial court under legal principles which were then and now applicable—i. e., a physically coerced confession—therefore there being no new theory of law since that trial the issue cannot be relitigated.